**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

CENTRAL DISTRICT OF CALIFORNIA

Case number *(if known)* _____  Chapter  **11**

☐ Check if this an
amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy  4/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).
For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | **R44 LENDING GROUP LLC a Delaware Limited Liability Company** |
| 2. | **All other names debtor used in the last 8 years** Include any assumed names, trade names and *doing business as* names | **DBA  Park Granada Mobile Home Park** |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **27-2312565** |

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **621 Rosecrans Avenue** **Gardena, CA 90248** Number, Street, City, State & ZIP Code | **218 West Carson** **Carson, CA 90746** P.O. Box, Number, Street, City, State & ZIP Code |
| **Los Angeles** County | **Location of principal assets, if different from principal place of business** **218 West Carson Street Carson, CA 90745** Number, Street, City, State & ZIP Code |

5. **Debtor's website** (URL)

6. **Type of debtor**

■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

Debtor    **R44 LENDING GROUP LLC a Delaware Limited Liability Company**                Case number (*if known*) _____
_____
Name

**7.  Describe debtor's business**        A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as described in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☑ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.

____

**8.  Under which chapter of the Bankruptcy Code is the debtor filing?**        *Check one:*

☐ Chapter 7

☐ Chapter 9

☑ Chapter 11. *Check all that apply*:

☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.  Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**        ☑ No.

☐ Yes.

If more than 2 cases, attach a separate list.

| | District _____ | When _____ | Case number _____ |
|---|---|---|---|
| | District _____ | When _____ | Case number _____ |

**10.  Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**        ☑ No

☐ Yes.

List all cases. If more than 1, attach a separate list

| | Debtor _____ | | Relationship _____ |
|---|---|---|---|
| | District _____ | When _____ | Case number, if known _____ |

Debtor    **R44 LENDING GROUP LLC a Delaware Limited Liability Company**    Case number (*if known*) _____

Name

---

**11.  Why is the case filed in *this district?***    *Check all that apply:*

■ Debtor has its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

---

**12.  Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No

☐ Yes.    Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other

**Where is the property?** _____

Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.    Insurance agency _____

Contact name _____

Phone _____

---

**█ Statistical and administrative information**

**13.  Debtor's estimation of available funds**    .    *Check one:*

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

---

| **14. Estimated number of creditors** | | | |
|---|---|---|---|
| ■ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 | |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 | |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 | |
| ☐ 200-999 | | | |

---

| **15. Estimated Assets** | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ■ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

| **16. Estimated liabilities** | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

| Debtor | **R44 LENDING GROUP LLC a Delaware Limited Liability Company** | Case number (*if known*) | |
| | Name | | |

---

**Request for Relief, Declaration, and Signatures**

---

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **May 15, 2018**
MM / DD / YYYY

**X** **/s/ Leo Starflinger**                                      **Leo Starflinger**
Signature of authorized representative of debtor        Printed name

Title    **Managing Member**

---

**18. Signature of attorney**

**X** **/s/ Jeffrey S. Shinbrot**                              Date    **May 15, 2018**
Signature of attorney for debtor                                      MM / DD / YYYY

**Jeffrey S. Shinbrot 155486**
Printed name

**Jeffrey S. Shinbrot, APLC**
Firm name

**8200 Wilshire Blvd.**
**Suite 400**
**Beverly Hills, CA 90211**
Number, Street, City, State & ZIP Code

Contact phone                          Email address

**155486**
Bar number and State

---

Debtor   **R44 LENDING GROUP LLC a Delaware Limited Liability
Company**
Name
Case number (if known) _____

---

**Request for Relief, Declaration, and Signatures**

---

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or
imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature
of authorized
representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _____
MM / DD / YYYY

X _____   **Leo Starflinger**
Signature of authorized representative of debtor   Printed name

Title   **Managing Member**

---

**18. Signature of attorney**   X _____   Date _____
Signature of attorney for debtor   MM / DD / YYYY

**Jeffrey S. Shinbrot 155486**
Printed name

**Jeffrey S. Shinbrot, APLC**
Firm name

**8200 Wilshire Blvd.
Suite 400
Beverly Hills, CA 90211**
Number, Street, City, State & ZIP Code

Contact phone _____   Email address _____

**155486**
Bar number and State

---

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **R44 LENDING GROUP LLC a Delaware Limited Liability Company** |
| United States Bankruptcy Court for the: | **CENTRAL DISTRICT OF CALIFORNIA** |
| Case number (if known): | _____ |

☐ Check if this is an

amended filing

## Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
**12/15**

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Alfred Wolford 218 W. Carson St., SP # 14 Carson, CA 90745** | | **Notice only.** | | | | **$0.00** |
| **Christina Vegas 218 W. Carson St., SP # 2 Carson, CA 90745** | | **Notice to tenant.** | | | | **$0.00** |
| **Doe 1 Occupant 218 W. Carson St., SP # 14 Carson, CA 90745** | | **Notice only.** | | | | **$0.00** |
| **Doe 1, Occupant 218 W. Carson St., SP # 7 Carson, CA 90745** | | **Notice only.** | | | | **$0.00** |
| **Doe 1, occupant 218 W. Carson St.,SP # 26 Carson, CA 90745** | | **Notice only.** | | | | **$0.00** |
| **Doe 1, Occupant 218 W. Carson St., SP # 21 Carson, CA 90745** | | **Notice only** | | | | **$0.00** |
| **Dolores Andrews 218 W. Carson St., SP # 21 Carson, CA 90745** | | **Notice to tenant.** | | | | **$0.00** |
| **Dowdall Law Offices, APC 284 North Glassell Street Orange, CA 92866-1409** | | **Legal Services** | | | | **$4,223.00** |

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor  **R44 LENDING GROUP LLC a Delaware Limited Liability Company**
Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Efren & Maria Casteneda 218 W. Carson St., SP # 6 Carson, CA 90745** | | **Notice to tenant.** | | | | **$0.00** |
| **Jean Romersheuser 218 W. Carson St., SP # 24 Carson, CA 90745** | | **Notice to tenant.** | | | | **$0.00** |
| **Jose Sanchez 218 W Carson St., SP # 9 Carson, CA 90745** | | **Notice to tenant.** | | | | **$0.00** |
| **Josefa Olmos 218 W. Carson Street Space # 1 Carson, CA 90745** | | **Notice to tenant.** | | | | **$0.00** |
| **Juan Chagolian 218 W. Carson St., SP # 16 Carson, CA 90745** | | **Notice to tenant.** | | | | **$0.00** |
| **Juanita Alano 218 W. Carson St., SP # 22 Carson, CA 90745** | | **Notice to tenant.** | | | | **$0.00** |
| **Klinedinst PC 501 West Broadway Suite 600 San Diego, CA 92101** | | **Legal Fees** | | | | **$46,232.00** |
| **Marivic Copeland 218 W. Carson St., SP # 15 Carson, CA 90745** | | **Notice to tenant.** | | | | **$0.00** |
| **Peter Starflinger 621 W. Rosecrans Gardena, CA 90248** | | **218 West Carson Street Carson CA  90746** | | **$83,640.00** | **$650,000.00** | **$83,640.00** |
| **Rosa Amalia Montoya 218 W. Carson St., SP# 16 Carson, CA 90745** | | **Notice to tenant.** | | | | **$0.00** |
| **Southwest Finance, LLC PO Box 954 Torrance, CA 90508** | | **218 West Carson Street Carson CA  90746** | | **$2,764,036.00** | **$650,000.00** | **$2,234,036.00** |
| **Waste Management-LA Metro PO Box 43530 Phoenix, AZ 85080** | | **Utilities** | | | | **$272.99** |

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                                   Best Case Bankruptcy

UNITED STATES BANKRUPTCY COURT
Central District of California

## RESOLUTION OF BOARD OF DIRECTORS OF
### R44 Lending Group, LLC,
## A CALIFORNA LIMITED LIABILITY COMPANY

I, Leo Starflinger, declare under penalty of perjury that I am the Managing Member of R44 Lending Group LLC, a California Limited Liability Company ("R44"), and that on September 19, 2017, the following resolution was duly adopted by the Board of Directors of this corporation:

**WHEREAS**, it is in the best interest of R44 to file for relief under Chapter 11 of the United States Bankruptcy Code (the "Bankruptcy Filing");

**WHEREAS**, all Managers and Members of R44 have expressly consented to the Bankruptcy Filing;

**BE IT THEREFORE RESOLVED**, that Leo Starflinger, Managing Member of R44, is authorized to execute and deliver all documents necessary for R44's case under chapter 11 of the United States Bankruptcy Code; and

**BE IT FURTHER RESOLVED**, that Leo Starflinger, is authorized and directed to appear in all bankruptcy proceedings on behalf of the corporation, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the corporation in connection with such bankruptcy case; and

**BE IT FURTHER RESOLVED**, that R44 is expressly authorized and directed to employ Jeffrey S. Shinbrot, A Professional Law Corporation, to represent R44 in such Chapter 11 bankruptcy case.

Executed on: 5/1-18    Signed: _____

Leo Starflinger
Managing Member
R44 Lending Group, LLC

| Attorney or Party Name, Address, Telephone & FAX Nos., and State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| **Jeffrey S. Shinbrot 155486**<br>**8200 Wilshire Blvd.**<br>**Suite 400**<br>**Beverly Hills, CA 90211**<br><br>California State Bar Number: **155486** | |

☑ *Attorney for:*

### UNITED STATES BANKRUPTCY COURT
### CENTRAL DISTRICT OF CALIFORNIA

| In re:<br><br>**R44 LENDING GROUP LLC a Delaware Limited Liability Company**<br><br>Debtor(s),<br><br>Plaintiff(s),<br><br><br><br><br><br>Defendant(s). | CASE NO.:<br>ADVERSARY NO.:<br>CHAPTER:    **11** |
|---|---|
| | **CORPORATE OWNERSHIP STATEMENT PURSUANT TO  FRBP 1007(a)(1) and 7007.1, and LBR 1007-4**<br><br>[No hearing] |

*Pursuant to FRBP 1007(a)(1) and 7007.1, and LBR 1007-4, any corporation, other than a governmental unit, that is a debtor in a voluntary case or a party to an adversary proceeding or a contested matter shall file this Statement identifying all its parent corporations and listing any publicly held company, other than a governmental unit, that directly or indirectly own 10% or more of any class of the corporation's equity interest, or state that there are no entities to report. This Corporate Ownership Statement must be filed with the initial pleading filed by a corporate entity in a case or adversary proceeding. A supplemental statement must promptly be filed upon any change in circumstances that renders this Corporate Ownership Statement inaccurate.*

I, __**Leo Starflinger**_____ , the undersigned in the above-captioned case, hereby declare
        *(Print Name of Attorney or Declarant)*
under penalty of perjury under the laws of the United States of America that the following is true and correct:

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December 2012                                                                                    **F 1007-4.CORP.OWNERSHIP.STMT**

**[Check the appropriate boxes and, if applicable, provide the required information.]**

1.      I have personal knowledge of the matters set forth in this Statement because:
   - [x] I am the president or other officer or an authorized agent of the Debtor corporation
   - [ ] I am a party to an adversary proceeding
   - [ ] I am a party to a contested matter
   - [ ] I am the attorney for the Debtor corporation

2.a.  [x] The following entities, other than the debtor or a governmental unit, directly or indirectly own 10% or more of any class of the corporation's(s') equity interests:
       See Addendum

b.   [ ] There are no entities that directly or indirectly own 10% or more of any class of the corporation's equity interest.

5/1/18
Date

By: _____
Signature of Debtor, or attorney for Debtor

Name:   **Leo Starflinger, Managing Member**
Printed name of Debtor, or attorney for Debtor

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December 2012

F 1007-4.CORP.OWNERSHIP.STMT

## Addendum to Corporate Ownership Statement Pursuant to
## F.R.B.P. 1007(a)(1) and 7007.1, and Local Bankruptcy Rule 1002-5

**The following entities, other than the debtor or a governmental unit, directly or indirectly own 10% or more of any class of the corporation's(s') equity interests:**

**WEST TRIKE, LLC**
**621 W. Rosecrans Avenue**
**Gardena, CA 90248**

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December 2012                                                                **F 1007-4.CORP.OWNERSHIP.STMT**

# United States Bankruptcy Court
## Central District of California

In re  R44 LENDING GROUP LLC a Delaware Limited Liability Company

Debtor(s)

Case No. _____

Chapter  11

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
| --- | --- | --- | --- |
| Leo Starflinger<br>621 W. Rosecrans<br>Gardena, CA 90268 | | | 1% |
| WEST TRIKE, LLC<br>621 W. Rosecrans Avenue<br>Gardena, CA 90248 | | | 99% |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **Managing Member** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date  5-1-18

Signature _____
Leo Starflinger

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

# STATEMENT OF RELATED CASES
## INFORMATION REQUIRED BY LBR 1015-2
## UNITED STATES BANKRUPTCY COURT, CENTRAL DISTRICT OF CALIFORNIA

1.  A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, his/her spouse, his or her current or former domestic partner, an affiliate of the debtor, any copartnership or joint venture of which debtor is or formerly was a general or limited partner, or member, or any corporation of which the debtor is a director, officer, or person in control, as follows: (Set forth the complete number and title of each such of prior proceeding, date filed, nature thereof, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof.  If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)

**None**

2.  (If petitioner is a partnership or joint venture) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor or an affiliate of the debtor, or a general partner in the debtor, a relative of the general partner, general partner of, or person in control of the debtor, partnership in which the debtor is a general partner, general partner of the debtor, or person in control of the debtor as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature of the proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof.  If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)

**None**

3.  (If petitioner is a corporation) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, or any of its affiliates or subsidiaries, a director of the debtor, an officer of the debtor, a person in control of the debtor, a partnership in which the debtor is general partner, a general partner of the debtor, a relative of the general partner, director, officer, or person in control of the debtor, or any persons, firms or corporations owning 20% or more of its voting stock as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof.  If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)

**None**

4.  (If petitioner is an individual) A petition under the Bankruptcy Reform Act of 1978, including amendments thereof, has been filed by or against the debtor within the last 180 days: (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof.  If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)

**None**

I declare, under penalty of perjury, that the foregoing is true and correct.

Executed at _____ , California.

Date: _____5-1-18_____

_____
Leo Starflinger
Signature of Debtor

_____
Signature of Joint Debtor

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2012                    Page 1                    **F 1015-2.1.STMT.RELATED.CASES**

**Fill in this information to identify the case:**

Debtor name **R44 LENDING GROUP LLC a Delaware Limited Liability Company**

United States Bankruptcy Court for the:   CENTRAL DISTRICT OF CALIFORNIA

Case number (if known) _____

☐ Check if this is an
   amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals   12/15

| Part 1: | Summary of Assets |
| --- | --- |

1. **Schedule A/B: Assets-Real and Personal Property** (Official Form 206A/B)

   **1a. Real property:**
   Copy line 88 from *Schedule A/B*............................................................   $   650,000.00

   **1b. Total personal property:**
   Copy line 91A from *Schedule A/B*..........................................................   $   13,034.95

   **1c. Total of all property:**
   Copy line 92 from *Schedule A/B*............................................................   $   663,034.95

| Part 2: | Summary of Liabilities |
| --- | --- |

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*......................   $   2,967,676.00

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

   **3a. Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*..........................................   $   0.00

   **3b. Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*..............................   +$   50,727.99

4. Total liabilities .....................................................................................................
   Lines 2 + 3a + 3b   $   3,018,403.99

**Fill in this information to identify the case:**

Debtor name __**R44 LENDING GROUP LLC a Delaware Limited Liability Company**__

United States Bankruptcy Court for the: __CENTRAL DISTRICT OF CALIFORNIA__

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 206A/B

# Schedule A/B: Assets - Real and Personal Property          12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
|---|---|

**1. Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | Chase | checking | 9218 | $2,149.00 |

4. **Other cash equivalents** *(Identify all)*

5. **Total of Part 1.**
Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.          **$2,149.00**

| Part 2: | Deposits and Prepayments |
|---|---|

**6. Does the debtor have any deposits or prepayments?**

■ No. Go to Part 3.
☐ Yes Fill in the information below.

| Part 3: | Accounts receivable |
|---|---|

**10. Does the debtor have any accounts receivable?**

■ No. Go to Part 4.
☐ Yes Fill in the information below.

| Part 4: | Investments |
|---|---|

**13. Does the debtor own any investments?**

■ No. Go to Part 5.
☐ Yes Fill in the information below.

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Debtor | **R44 LENDING GROUP LLC a Delaware Limited Liability Company** | Case number *(If known)* | |
|--------|---|---|---|
| | Name | | |

---

<span style="background:black;color:white">Part 5:</span>    **Inventory, excluding agriculture assets**

**18. Does the debtor own any inventory (excluding agriculture assets)?**

■ No.  Go to Part 6.
□ Yes Fill in the information below.

---

<span style="background:black;color:white">Part 6:</span>    **Farming and fishing-related assets (other than titled motor vehicles and land)**

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No.  Go to Part 7.
□ Yes Fill in the information below.

---

<span style="background:black;color:white">Part 7:</span>    **Office furniture, fixtures, and equipment; and collectibles**

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

■ No.  Go to Part 8.
□ Yes Fill in the information below.

---

<span style="background:black;color:white">Part 8:</span>    **Machinery, equipment, and vehicles**

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

□ No.  Go to Part 9.
■ Yes Fill in the information below.

| General description<br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **47.**  **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1.   mobile coach | **$2,500.00** | | **$0.00** |

| | |
|---|---|
| 48.   **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels | |
| 49.   **Aircraft and accessories** | |
| 50.   **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)** | |
| 51.   **Total of Part 8.**<br>Add lines 47 through 50.  Copy the total to line 87. | **$0.00** |

**52.**   **Is a depreciation schedule available for any of the property listed in Part 8?**
■ No
□ Yes

**53.**   **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
■ No
□ Yes

---

<span style="background:black;color:white">Part 9:</span>    **Real property**

**54. Does the debtor own or lease any real property?**

---

| Debtor | **R44 LENDING GROUP LLC a Delaware Limited Liability Company** | Case number *(If known)* | |
|---|---|---|---|
| | Name | | |

☐ No.  Go to Part 10.

■ Yes Fill in the information below.

55.    **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property <br> Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest <br> (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1.    **218 West Carson Street** <br> **Carson CA  90746** | **Fee Simple** | **$0.00** | | **$650,000.00** |

56.    **Total of Part 9.**

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.
Copy the total to line 88.

| **$650,000.00** |
|---|

57.    **Is a depreciation schedule available for any of the property listed in Part 9?**

■ No

☐ Yes

58.    **Has any of the property listed in Part 9 been appraised by a professional within the last year?**

■ No

☐ Yes

| Part 10: | **Intangibles and intellectual property** |
|---|---|

59. **Does the debtor have any interests in intangibles or intellectual property?**

■ No.  Go to Part 11.

☐ Yes Fill in the information below.

| Part 11: | **All other assets** |
|---|---|

70. **Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No.  Go to Part 12.

■ Yes Fill in the information below.

| | Current value of debtor's interest |
|---|---|

71.    **Notes receivable**
Description (include name of obligor)

72.    **Tax refunds and unused net operating losses (NOLs)**
Description (for example, federal, state, local)

73.    **Interests in insurance policies or annuities**

74.    **Causes of action against third parties (whether or not a lawsuit has been filed)**

| Debtor | **R44 LENDING GROUP LLC a Delaware Limited Liability Company** | Case number *(If known)* | |
|---|---|---|---|
| | Name | | |

| | | |
|---|---|---|
| **R44 Lending Group, LLC vs. Kevin Ganuelos** **LASC Case Number TC028475; judgment in favor of R44 Lending Group, LLC** | | **$10,885.95** |
| Nature of claim | **Real property rights** | |
| Amount requested | **$10,885.95** | |

| 75. | **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims** | |
|---|---|---|
| 76. | **Trusts, equitable or future interests in property** | |
| 77. | **Other property of any kind not already listed** *Examples:* Season tickets, country club membership | |
| 78. | **Total of Part 11.** | **$10,885.95** |
| | Add lines 71 through 77. Copy the total to line 90. | |
| 79. | **Has any of the property listed in Part 11 been appraised by a professional within the last year?** | |

■ No

☐ Yes

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

| Debtor | **R44 LENDING GROUP LLC a Delaware Limited Liability Company** | Case number *(If known)* | |
|---|---|---|---|
| | Name | | |

<hr>

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $2,149.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9*.........................................................> | | $650,000.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $10,885.95 | |
| 91. **Total.** Add lines 80 through 90 for each column | $13,034.95 | + 91b. $650,000.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $663,034.95 |

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

---

**Fill in this information to identify the case:**

Debtor name    **R44 LENDING GROUP LLC a Delaware Limited Liability Company**

United States Bankruptcy Court for the:    CENTRAL DISTRICT OF CALIFORNIA

Case number (if known)

☐ Check if this is an
amended filing

---

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property                     12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

| | | Column A | Column B |
|---|---|---|---|
| 2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim. | | **Amount of claim**<br><br>Do not deduct the value of collateral. | **Value of collateral that supports this claim** |

| | | |
|---|---|---|
| **2.1** **Annette Garner**<br>Creditor's Name<br><br>**621 W. Rosecrans Avenue**<br>**Gardena, CA 90248**<br>Creditor's mailing address | Describe debtor's property that is subject to a lien<br>**218 West Carson Street**<br>**Carson CA 90746**<br><br>Describe the lien<br>**2nd Deed of Trust**<br>Is the creditor an insider or related party? | **$70,000.00**  **$650,000.00** |

Is the creditor an insider or related party?
■ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Date debt was incurred

Last 4 digits of account number

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Do multiple creditors have an interest in the same property?**
☐ No
■ Yes. Specify each creditor, including this creditor and its relative priority.
**1. Diane Offler Valine**
**Family Trust**
**2. Annette Garner**
**3. Southwest Finance, LLC**
**4. Peter Starflinger**

---

| | | |
|---|---|---|
| **2.2** **Diane Offler Valine Family Trust**<br>Creditor's Name<br><br>**29902 Avenida Refinida**<br>**Rancho Palos Verdes, CA 90275**<br>Creditor's mailing address | Describe debtor's property that is subject to a lien<br>**218 West Carson Street**<br>**Carson CA 90746**<br><br>Describe the lien<br>**Third deed of trust** | **$50,000.00**  **$650,000.00** |

Is the creditor an insider or related party?
■ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Date debt was incurred

---

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                     Best Case Bankruptcy

| Debtor | R44 LENDING GROUP LLC a Delaware Limited Liability Company | Case number (if know) | |
|---|---|---|---|
| | Name | | |

**Last 4 digits of account number**

| Do multiple creditors have an interest in the same property? | As of the petition filing date, the claim is: Check all that apply |
|---|---|
| ☐ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| **Specified on line 2.1** | ☐ Disputed |

---

| 2.3 | **Peter Starflinger** | Describe debtor's property that is subject to a lien | $83,640.00 | $650,000.00 |
|---|---|---|---|---|
| | Creditor's Name | **218 West Carson Street** | | |
| | **621 W. Rosecrans** | **Carson CA  90746** | | |
| | **Gardena, CA 90248** | | | |
| | Creditor's mailing address | | | |

Describe the lien
**4th Deed of Trust**

Is the creditor an insider or related party?
☑ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?
☑ No

**Date debt was incurred**
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

| Do multiple creditors have an interest in the same property? | As of the petition filing date, the claim is: Check all that apply |
|---|---|
| ☐ No | ☐ Contingent |
| ☑ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| **Specified on line 2.1** | ☐ Disputed |

---

| 2.4 | **Southwest Finance, LLC** | Describe debtor's property that is subject to a lien | $2,764,036.00 | $650,000.00 |
|---|---|---|---|---|
| | Creditor's Name | **218 West Carson Street** | | |
| | **PO Box 954** | **Carson CA  90746** | | |
| | **Torrance, CA 90508** | | | |
| | Creditor's mailing address | | | |

Describe the lien
**1st Deed of trust**

Is the creditor an insider or related party?
☑ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?
☑ No

**Date debt was incurred**
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

| Do multiple creditors have an interest in the same property? | As of the petition filing date, the claim is: Check all that apply |
|---|---|
| ☐ No | ☐ Contingent |
| ☑ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| **Specified on line 2.1** | ☐ Disputed |

---

| 3. | Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any. | $2,967,676.00 |
|---|---|---|

---

**Part 2:**  List Others to Be Notified for a Debt Already Listed in Part 1

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

| Debtor | **R44 LENDING GROUP LLC a Delaware Limited Liability Company** | Case number (if know) | |
|---|---|---|---|
| | Name | | |

**If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.**

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| | | |

Official Form 206D        Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**        page 3 of 3

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **R44 LENDING GROUP LLC a Delaware Limited Liability Company** |
| United States Bankruptcy Court for the: | CENTRAL DISTRICT OF CALIFORNIA |
| Case number (if known) | |

☐ Check if this is an
amended filing

## Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims                12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:     List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ■ No. Go to Part 2.

   ☐ Yes. Go to line 2.

### Part 2:     List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | **Amount of claim** |
|---|---|---|
| 3.1 | Nonpriority creditor's name and mailing address<br>**Alfred Wolford**<br>**218 W. Carson St., SP # 14**<br>**Carson, CA 90745**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Notice only.**<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **Unknown** |
| 3.2 | Nonpriority creditor's name and mailing address<br>**Christina Vegas**<br>**218 W. Carson St., SP # 2**<br>**Carson, CA 90745**<br><br>Date(s) debt was incurred  _<br><br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Notice to tenant.**<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **Unknown** |
| 3.3 | Nonpriority creditor's name and mailing address<br>**Doe 1 Occupant**<br>**218 W. Carson St., SP # 14**<br>**Carson, CA 90745**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Notice only.**<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **Unknown** |
| 3.4 | Nonpriority creditor's name and mailing address<br>**Doe 1, Occupant**<br>**218 W. Carson St., SP # 7**<br>**Carson, CA 90745**<br><br>Date(s) debt was incurred  _<br><br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Notice only.**<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **Unknown** |

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                    52585                    Best Case Bankruptcy

| Debtor | R44 LENDING GROUP LLC a Delaware Limited Liability Company | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|
| | **Doe 1, occupant**<br>**218 W. Carson St.,SP # 26**<br>**Carson, CA 90745** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** __Notice only.__ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ☐ No ☐ Yes | |

| 3.6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|
| | **Doe 1, Occupant**<br>**218 W. Carson St., SP # 21**<br>**Carson, CA 90745** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** __Notice only__ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ☐ No ☐ Yes | |

| 3.7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|
| | **Dolores Andrews**<br>**218 W. Carson St., SP # 21**<br>**Carson, CA 90745** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** __Notice to tenant.__ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ☐ No ☐ Yes | |

| 3.8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$4,223.00** |
|---|---|---|---|
| | **Dowdall Law Offices, APC**<br>**284 North Glassell Street**<br>**Orange, CA 92866-1409** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** __Legal Services__ | |
| | **Last 4 digits of account number** __nold__ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|
| | **Efren & Maria Casteneda**<br>**218 W. Carson St., SP # 6**<br>**Carson, CA 90745** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** __Notice to tenant.__ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.10 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|
| | **Franchise Tax Board**<br>**Bankruptcy Section MS: A-340**<br>**PO Box 2952**<br>**Sacramento, CA 95812-2952** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** __Precautionary listing, notice only.__ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ☐ No ☐ Yes | |

| 3.11 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|
| | **Internal Revenue Service**<br>**P.O. Box 7346**<br>**Philadelphia, PA 19101-7346** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** __Precautionary listing, notice only.__ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | R44 LENDING GROUP LLC a Delaware Limited Liability Company | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**3.12**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|
| **Jean Romersheuser**<br>218 W. Carson St., SP # 24<br>Carson, CA 90745 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim:  **Notice to tenant.** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

**3.13**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|
| **Jose Sanchez**<br>218 W Carson St., SP # 9<br>Carson, CA 90745 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim:  **Notice to tenant.** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

**3.14**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|
| **Josefa Olmos**<br>218 W. Carson Street Space # 1<br>Carson, CA 90745 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim:  **Notice to tenant.** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

**3.15**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|
| **Juan Chagolian**<br>218 W. Carson St., SP # 16<br>Carson, CA 90745 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim:  **Notice to tenant.** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

**3.16**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|
| **Juanita Alano**<br>218 W. Carson St., SP # 22<br>Carson, CA 90745 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim:  **Notice to tenant.** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

**3.17**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $46,232.00 |
|---|---|---|
| **Klinedinst PC**<br>501 West Broadway Suite 600<br>San Diego, CA 92101 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim:  **Legal Fees** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

**3.18**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|
| **Marivic Copeland**<br>218 W. Carson St., SP # 15<br>Carson, CA 90745 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim:  **Notice to tenant.** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | R44 LENDING GROUP LLC a Delaware Limited Liability Company | Case number *(if known)* |
|---|---|---|
| | Name | |

---

**3.19** | Nonpriority creditor's name and mailing address

**Rosa Amalia Montoya**
**218 W. Carson St., SP# 16**
**Carson, CA 90745**

Date(s) debt was incurred _
Last 4 digits of account number _

| As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice to tenant.**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.20** | Nonpriority creditor's name and mailing address

**Rosalina Salva Dahlig**
**218 W. Carson St., SP # 20**
**Carson, CA 90745**

Date(s) debt was incurred _
Last 4 digits of account number _

| As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice to tenant.**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.21** | Nonpriority creditor's name and mailing address

**State of California Dept. of Housin**
**2020 W. El Camino Avenue**
**Sacramento, CA 95833**

Date(s) debt was incurred _
Last 4 digits of account number _

| As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Precautionary listing, notice only.**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.22** | Nonpriority creditor's name and mailing address

**Tina Delgadillo**
**218 W. Carson St., Spt. # 25**
**Carson, CA 90745-4000**

Date(s) debt was incurred _
Last 4 digits of account number _

| As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice to tenant.**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.23** | Nonpriority creditor's name and mailing address

**Urbano Martinez**
**218 W. Carson St., SP # 4**
**Carson, CA 90745**

Date(s) debt was incurred _
Last 4 digits of account number _

| As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice to tenant.**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.24** | Nonpriority creditor's name and mailing address

**US Securities and Exchange Commissi**
**444 S. Flower St., Ste. 900**
**Los Angeles, CA 90071**

Date(s) debt was incurred _
Last 4 digits of account number _

| As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice only**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.25** | Nonpriority creditor's name and mailing address

**Waste Management-LA Metro**
**PO Box 43530**
**Phoenix, AZ 85080**

Date(s) debt was incurred _
Last 4 digits of account number  **159B**

| As of the petition filing date, the claim is: *Check all that apply.* | **$272.99** |
|---|---|

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Utilities**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | R44 LENDING GROUP LLC a Delaware Limited Liability Company | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.26 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Wesco Insurance Company**
**PO Box 318004**
**Independence, OH 44131-0880**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Commercial Insurance**

Last 4 digits of account number  **5200**

Is the claim subject to offset?  ■ No  ☐ Yes

| 3.27 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Zoila Figuera**
**218 W. Carson St.,SP # 17**
**Carson, CA 90745**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Notice to tenant.**

Last 4 digits of account number _

Is the claim subject to offset?  ■ No  ☐ Yes

---

### Part 3:    List Others to Be Notified About Unsecured Claims

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **Aristies Barrios**<br>**PO Box 2159**<br>**Gardena, CA 90247** | Line **3.27**<br><br>☐ Not listed. Explain ____ | _ |
| 4.2 | **Debbie Morris**<br>**1181 Canyon Wood Drive**<br>**Corona, CA 92881** | Line **3.5**<br><br>☐ Not listed. Explain ____ | _ |
| 4.3 | **Marcela Novoa**<br>**393 E. 228th Street**<br>**Carson, CA 90745** | Line **3.14**<br><br>☐ Not listed. Explain ____ | _ |

---

### Part 4:    Total Amounts of the Priority and Nonpriority Unsecured Claims

**5.  Add the amounts of priority and nonpriority unsecured claims.**

| | | | Total of claim amounts |
|---|---|---|---|
| 5a. Total claims from Part 1 | 5a. | $ | 0.00 |
| 5b. Total claims from Part 2 | 5b. + | $ | 50,727.99 |
| 5c. Total of Parts 1 and 2<br>Lines 5a + 5b = 5c. | 5c. | $ | 50,727.99 |

**Fill in this information to identify the case:**

Debtor name __R44 LENDING GROUP LLC a Delaware Limited Liability Company__

United States Bankruptcy Court for the:   CENTRAL DISTRICT OF CALIFORNIA

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.   **Does the debtor have any executory contracts or unexpired leases?**

■ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.

☐ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal    Property*
(Official Form 206A/B).

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|
| 2.1   State what the contract or lease is for and the nature of the debtor's interest | |
| State the term remaining | |
| List the contract number of any government contract | |
| 2.2   State what the contract or lease is for and the nature of the debtor's interest | |
| State the term remaining | |
| List the contract number of any government contract | |
| 2.3   State what the contract or lease is for and the nature of the debtor's interest | |
| State the term remaining | |
| List the contract number of any government contract | |
| 2.4   State what the contract or lease is for and the nature of the debtor's interest | |
| State the term remaining | |
| List the contract number of any government contract | |

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name   **R44 LENDING GROUP LLC a Delaware Limited Liability Company**

United States Bankruptcy Court for the:  CENTRAL DISTRICT OF CALIFORNIA

Case number (if known)

☐ Check if this is an
amended filing

## Official Form 206H
## Schedule H: Your Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

■ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

☐ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|---|

| | Name | Mailing Address | Name | Check all schedules that apply: |
|---|---|---|---|---|
| 2.1 | | Street<br><br>City   State   Zip Code | | ☐ D<br>☐ E/F<br>☐ G |
| 2.2 | | Street<br><br>City   State   Zip Code | | ☐ D<br>☐ E/F<br>☐ G |
| 2.3 | | Street<br><br>City   State   Zip Code | | ☐ D<br>☐ E/F<br>☐ G |
| 2.4 | | Street<br><br>City   State   Zip Code | | ☐ D<br>☐ E/F<br>☐ G |

Fill in this information to identify the case:

Debtor name __R44 LENDING GROUP LLC a Delaware Limited Liability Company__

United States Bankruptcy Court for the:    CENTRAL DISTRICT OF CALIFORNIA

Case number (if known)    _____

☐ Check if this is an
    amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■ *Schedule H: Codebtors* (Official Form 206H)
- ■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ *Amended Schedule* _____
- ■ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __5-1-18__          x _____
                                        Signature of individual signing on behalf of debtor

                                        __Leo Starflinger__
                                        Printed name

                                        __Managing Member__
                                        Position or relationship to debtor

Official Form 202                        Declaration Under Penalty of Perjury for Non-Individual Debtors

**Fill in this information to identify the case:**

Debtor name    **R44 LENDING GROUP LLC a Delaware Limited Liability Company**

United States Bankruptcy Court for the:    CENTRAL DISTRICT OF CALIFORNIA

Case number (if known)

☐ Check if this is an
amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy                     04/16

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

### Part 1:    Income

1. **Gross revenue from business**

   ☐ None.

   | Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
   |---|---|---|
   | **For prior year:**<br>From **1/01/2017** to **12/31/2017** | ■ Operating a business<br>☐ Other _____ | $81,421.28 |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ■ None.

   | | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
   |---|---|---|

### Part 2:    List Certain Transfers Made Before Filing for Bankruptcy

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

   ■ None.

   | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>Check all that apply |
   |---|---|---|---|

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

   ■ None.

   | Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
   |---|---|---|---|

5. **Repossessions, foreclosures, and returns**

| Debtor | **R44 LENDING GROUP LLC a Delaware Limited Liability Company** | Case number *(if known)* |
|---|---|---|

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

### Part 3:    Legal Actions or Assignments

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None.

| Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.1. **R44 Lending Group, LLC vs. Kevin Banuelos**<br>**TC028475** | **Real propety rights.** | **LASC-South Central Branch**<br>**200 W. Compton Blvd.,**<br>**Compton, CA 90220** | ■ Pending<br>☐ On appeal<br>☐ Concluded |

8. **Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

### Part 4:    Certain Gifts and Charitable Contributions

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

### Part 5:    Certain Losses

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
|---|---|---|---|

### Part 6:    Certain Payments or Transfers

11. **Payments related to bankruptcy**

| Debtor | **R44 LENDING GROUP LLC a Delaware Limited Liability Company** | Case number *(if known)* |
|---|---|---|

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

|  | Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **Jeffrey S. Shinbrot, APLC 8200 Wilshire Blvd., Suite 400 Beverly Hills, CA 90211** |  | **September 2017** | **$75,000.00** |
|  | **Email or website address jeffrey@shinbrotfirm.com** |  |  |  |
|  | **Who made the payment, if not debtor?** |  |  |  |

---

12. **Self-settled trusts of which the debtor is a beneficiary**
    List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
    Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**
    List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

■ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

**Part 7:    Previous Locations**

14. **Previous addresses**
    List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

■ Does not apply

| Address | Dates of occupancy From-To |
|---|---|

**Part 8:    Health Care Bankruptcies**

15. **Health Care bankruptcies**
    Is the debtor primarily engaged in offering services and facilities for:
    - diagnosing or treating injury, deformity, or disease, or
    - providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If  debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

**Part 9:    Personally Identifiable Information**

Official Form 207    Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    page 3

| Debtor | **R44 LENDING GROUP LLC a Delaware Limited Liability Company** | Case number *(if known)* | |
|---|---|---|---|

**16. Does the debtor collect and retain personally identifiable information of customers?**

- ■ No.
- ☐ Yes. State the nature of the information collected and retained.

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

- ■ No. Go to Part 10.
- ☐ Yes. Does the debtor serve as plan administrator?

**Part 10:    Certain Financial Accounts, Safe Deposit Boxes, and Storage Units**

**18. Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

■ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

**19. Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Do you still have it? |
|---|---|---|---|

**20. Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
|---|---|---|---|

**Part 11:    Property the Debtor Holds or Controls That the Debtor Does Not Own**

**21. Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

**Part 12:    Details About Environment Information**

For the purpose of Part 12, the following definitions apply:
*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                                                                                          Best Case Bankruptcy

| Debtor | R44 LENDING GROUP LLC a Delaware Limited Liability Company | Case number (if known) | |

similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

■ No.
☐ Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**Part 13:    Details About the Debtor's Business or Connections to Any Business**

25. **Other businesses in which the debtor has or has had an interest**
   List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☐ None

| Business name address | Describe the nature of the business | Employer Identification number Do not include Social Security number or ITIN. |
|---|---|---|
| | | **Dates business existed** |
| 25.1.  **R44 Lending Group, LLC 621 Rosecrans Avenue Gardena, CA 90248** | **Real Estate lending** | **EIN:**  27-2312565 |
| | | **From-To**  3/2010-present |

26. **Books, records, and financial statements**
   26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

   ■ None

| Name and address | Date of service From-To |
|---|---|

   26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

   ■ None

   26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

   ■ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|

| Debtor | **R44 LENDING GROUP LLC a Delaware Limited Liability Company** | Case number *(if known)* |
|---|---|---|

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

■ None

| Name and address |
|---|

## 27. Inventories
Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

## 28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **West Trike LLC** | **621 W. Rosecrans Gardena, CA 90248** | **Member** | **99%** |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Leo Starflinger** | **621 W. Rosecrans Gardena, CA 90248** | **Managing Member** | **1%** |

## 29. Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?

■ No
☐ Yes. Identify below.

## 30. Payments, distributions, or withdrawals credited or given to insiders
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

■ No
☐ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|

## 31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?

■ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

## 32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?

■ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

---

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

Debtor    **R44 LENDING GROUP LLC a Delaware Limited Liability
Company**                                                    Case number *(if known)* _____

---

| Part 14: | Signature and Declaration |

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _____

_____    **Leo Starflinger**
Signature of individual signing on behalf of the debtor    Printed name

Position or relationship to debtor    **Managing Member** _____

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
■ No
☐ Yes

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## Central District of California

In re   **R44 LENDING GROUP LLC a Delaware Limited Liability Company**          Case No. _____

_Debtor(s)_          Chapter   **11**

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.   Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---|
| For legal services, I have agreed to accept | $ | **75,000.00** |
| Prior to the filing of this statement I have received | $ | **75,000.00** |
| Balance Due | $ | **0.00** |

2.   The source of the compensation paid to me was:

   ■ Debtor        ☐ Other (specify):

3.   The source of compensation to be paid to me is:

   ■ Debtor        ☐ Other (specify):

4.   ■  I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐  I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.   In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a.   Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b.   Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c.   Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d.   [Other provisions as needed]
        **As set forth in the Application to Employ General Insolvency Counsel for Debtor on file with the Bankruptcy Court.**

6.   By agreement with the debtor(s), the above-disclosed fee does not include the following service:
        **As set forth in the Application to Employ General Insolvency Counsel for Debtor on file with the Bankruptcy Court.**

---

## CERTIFICATION

   I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

| | |
|---|---|
| **May 15, 2018** | **/s/ Jeffrey S. Shinbrot** |
| _Date_ | **Jeffrey S. Shinbrot 155486** |
| | _Signature of Attorney_ |
| | **Jeffrey S. Shinbrot, APLC** |
| | **8200 Wilshire Blvd.** |
| | **Suite 400** |
| | **Beverly Hills, CA 90211** |
| | _Name of law firm_ |

---

| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| Jeffrey S. Shinbrot 155486<br>8200 Wilshire Blvd.<br>Suite 400<br>Beverly Hills, CA 90211<br><br>California State Bar Number: 155486<br><br><br><br>☐ *Debtor(s) appearing without an attorney*<br>■ *Attorney for Debtor* | |

### UNITED STATES BANKRUPTCY COURT
### CENTRAL DISTRICT OF CALIFORNIA

| In re:<br><br>**R44 LENDING GROUP LLC a Delaware Limited Liability Company**<br><br><br><br><br>Debtor(s). | CASE NO.:<br>CHAPTER: 11<br><br><br>**VERIFICATION OF MASTER MAILING LIST OF CREDITORS**<br><br>**[LBR 1007-1(a)]** |
|---|---|

Pursuant to LBR 1007-1(a), the Debtor, or the Debtor's attorney if applicable, certifies under penalty of perjury that the master mailing list of creditors filed in this bankruptcy case, consisting of __5__ sheet(s) is complete, correct, and consistent with the Debtor's schedules and I/we assume all responsibility for errors and omissions.

Date: ___5-1-18___

_____
Siganture of Debtor 1

Date: _____

_____
Signature of Debtor 2 (joint debtor) ) (if applicable)

Date: _____

_____
Signature of Attorney for Debtor (if applicable)

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2015*                                                                 **F 1007-1.MAILING.LIST.VERIFICATION**

R44 LENDING GROUP LLC a Delaware Limited Liability Compan
218 West Carson
Carson, CA 90746


Jeffrey S. Shinbrot
Jeffrey S. Shinbrot, APLC
8200 Wilshire Blvd.
Suite 400
Beverly Hills, CA 90211


Alfred Wolford
218 W. Carson St., SP # 14
Carson, CA 90745


Annette Garner
621 W. Rosecrans Avenue
Gardena, CA 90248


Aristies Barrios
PO Box 2159
Gardena, CA 90247


Christina Vegas
218 W. Carson St., SP # 2
Carson, CA 90745


Debbie Morris
1181 Canyon Wood Drive
Corona, CA 92881


Diane Offler Valine Family Trust
29902 Avenida Refinida
Rancho Palos Verdes, CA 90275

Doe 1 Occupant
218 W. Carson St., SP # 14
Carson, CA 90745


Doe 1, Occupant
218 W. Carson St., SP # 7
Carson, CA 90745


Doe 1, occupant
218 W. Carson St.,SP # 26
Carson, CA 90745


Doe 1, Occupant
218 W. Carson St., SP # 21
Carson, CA 90745


Dolores Andrews
218 W. Carson St., SP # 21
Carson, CA 90745


Dowdall Law Offices, APC
284 North Glassell Street
Orange, CA 92866-1409


Efren & Maria Casteneda
218 W. Carson St., SP # 6
Carson, CA 90745


Franchise Tax Board
Bankruptcy Section MS: A-340
PO Box 2952
Sacramento, CA 95812-2952

Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346


Jean Romersheuser
218 W. Carson St., SP # 24
Carson, CA 90745


Jose Sanchez
218 W Carson St., SP # 9
Carson, CA 90745


Josefa Olmos
218 W. Carson Street Space # 1
Carson, CA 90745


Juan Chagolian
218 W. Carson St., SP # 16
Carson, CA 90745


Juanita Alano
218 W. Carson St., SP # 22
Carson, CA 90745


Klinedinst PC
501 West Broadway Suite 600
San Diego, CA 92101


Marcela Novoa
393 E. 228th Street
Carson, CA 90745

Marivic Copeland
218 W. Carson St., SP # 15
Carson, CA 90745


Peter Starflinger
621 W. Rosecrans
Gardena, CA 90248


Rosa Amalia Montoya
218 W. Carson St., SP# 16
Carson, CA 90745


Rosalina Salva Dahlig
218 W. Carson St., SP # 20
Carson, CA 90745


Southwest Finance, LLC
PO Box 954
Torrance, CA 90508


State of California Dept. of Housin
2020 W. El Camino Avenue
Sacramento, CA 95833


Tina Delgadillo
218 W. Carson St., Spt. # 25
Carson, CA 90745-4000


Urbano Martinez
218 W. Carson St., SP # 4
Carson, CA 90745

US Securities and Exchange Commissi
444 S. Flower St., Ste. 900
Los Angeles, CA 90071


Waste Management-LA Metro
PO Box 43530
Phoenix, AZ 85080


Wesco Insurance Company
PO Box 318004
Independence, OH 44131-0880


Zoila Figuera
218 W. Carson St.,SP # 17
Carson, CA 90745