**NUSSBAUM APC**
Lane M. Nussbaum, SBN 264200
Brandon S. Dimond, SBN 266876
27489 Agoura Road, Ste. 102
Agoura Hills, California 91301
Tel. (818) 660-1919 | Fax. (818) 864-3241

Attorneys for Christina Vegas and Tina Delgadillo

UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA-LOS ANGELES DIVISION

| | |
|---|---|
| In re:<br><br>R44 LENDING GROUP | Case No.: 2:18-bk-15559-NB<br><br>**CHRISTINA VEGAS' AND TINA DELGADILLO'S OBJECTION TO DEBTOR'S REQUEST TO CONTINUE STATUS CONFERENCE HEARING**<br><br>Date: December 17, 2019<br>Time: 2:00 pm<br>Location: 255 E. Temple St., Los Angeles, CA 90012<br>Courtroom: 1545 |

TO THE HONORABLE NEIL W. BASON, UNITED STATES BANKRUPTCY JUDGE,

Christina Vegas ("Vegas") and Tina Delgadillo ("Delgadillo") will and hereby do file this Objection to Debtor R44 Lending Group's ("Debtor's") Request to Continue Status Conference.

Dated: December 12, 2019

NUSSBAUM APC

By: _____
Adam Toporoff
Attorney for Christina Vegas and Tina Delgadillo

---

CHRISTINA VEGAS' AND TINA DELGADILLO'S OBJECTION TO DEBTOR'S REQUEST TO
CONTINUE STATUS CONFERENCE

1

I.

## DEBTOR'S FOURTH AMENDED PLAN IS NOT CONFIRMABLE BECAUSE IT DOES NOT RESOLVE THE ISSUES NOTED IN THE COURT'S SEPTEMBER 17, 2019 ORDER DENYING DEBTOR'S THIRD AMENDED PLAN

On September 17, 2019 the Court denied confirmation of Debtor's Third Amended Plan. The Court based its order denying Debtor's Third Amended Plan on three separate determinations. The Court ruled that (1) Debtor has not established that bankruptcy law preempts nonbankruptcy law regarding the notices and other procedures for a change in use of a mobilehome park; (2) Debtor has not established that Cal. Gov. Code 65863.7(f) exempts Debtor from otherwise applicable requirements of California law or regulation; and (3) Debtor has not established that Carson Municipal Code 9128.21 conflicts with, and is preempted by, either the Bankruptcy Code or nonbankruptcy law. As a result of these determinations, the Court denied confirmation of the Third Amended Plant and the Court ordered Debtor to provide an "alternative exit strategy." However, in response to the Court's order Debtor filed a Fourth Amended Plan that is substantially the same as the Third Amended Plan, and contains the same issues that the Court noted in the Third Amended Plan.

Debtor suggests that the Court should continue this Status Conference, and skip directly to hearing on the adequacy of Debtor's Fourth Amended Disclosure Statement because Debtor's Fourth Amended Plan is confirmable. However, Debtor's Fourth Amended Plan is not confirmable for the same reasons the Court ruled Debtor's Third Amended Plan was not confirmable. Debtor's Fourth Amended Plan still proposes to close the Park Granada Mobile Home Park ("Park Granada") without complying with local law, specifically Carson Municipal Code ("CMC") § 9128.21. The Court ruled in denying confirmation of Debtor's Fourth Amended Plan that Debtor cannot close Park Granada without complying with this local law. The Court ruled that bankruptcy law does not

preempt nonbankruptcy law regarding notices and other procedures for change of use of a mobile home park, and that CMC § 9128.21 does not conflict with, or preempt, either the Bankruptcy Code or nonbankruptcy law. Essentially, Debtor cannot simply avoid the requirements of CMC § 9128.21 by filing bankruptcy. Debtor's Fourth Amended Plan still proposes to close Park Granada without complying with CMC § 9128.21, and therefore Debtor's Fourth Amended Plan is still not confirmable.

Since Debtor's Fourth Amended Plan is not confirmable as long as Debtor proposes to close Park Granada without complying with CMC § 9128.21, the Court should not continue this Status Conference only to deny confirmation of Debtor's Fourth Amended Plan later.

## II.

## CONCLUSION

The Court previously ruled that Debtor's Third Amended Plan was not confirmable because bankruptcy law does not preempt nonbankruptcy law regarding the notices and other procedures for a change in use of a mobilehome park, and CMC § 9128.21 does not conflicts with, and is not preempted by, either the Bankruptcy Code or nonbankruptcy law. Debtor's Fourth Amended Plan is still not confirmable as long because Debtor proposes to close Park Granada without complying with CMC § 9128.21. Since Debtor's Fourth Amended Plan is not confirmable, the Court should not continue this Status Conference only to deny confirmation of Debtor's Fourth Amended Plan later.

Dated: December 12, 2019

NUSSBAUM APC

By: _____
Adam Toporoff
Attorney for Christina Vegas and Tina Delgadillo

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

A true and correct copy of the foregoing document entitled (*specify*): _____
__OBJECTION TO DEBTOR'S REQUEST TO CONTINUE STATUS CONFERENCE HEARING_____
_____
_____
will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) 12/13/2019_____, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

  Robert P Goe Goe & Forsythe, LLP kmurphy@goeforlaw.com
  Jeffrey S Shinbrot The Shinbrot Firm jeffrey@shinbrotfirm.com
  Dare Law Office of the United States Trustee dare.law@usdoj.gov

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) _____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.
  Judge: Neil W. Bason 255 E. Temple St., Ste. 1552/ Ctrm 1545 Los Angeles, CA 90012

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 12/13/2019 | Shauna Wilcox | /s/ Shauna Wilcox |
|---|---|---|
| Date | Printed Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                              F 9013-3.1.PROOF.SERVICE