| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address<br>Jeffrey S. Shinbrot, Esquire (155486)<br>JEFFREY S. SHINBROT, APLC<br>15260 Ventura Blvd., Suite 1200<br>Sherman Oaks, CA 91403<br>(310)659-5444<br>(310)878-8304 Fax<br>jeffrey@shinbrotfirm.com<br><br>☐ Individual *appearing without an attorney*<br>☒ *Attorney for:* R44 Lending Group, LLC | FOR COURT USE ONLY |
|---|---|

**UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA – LOS ANGELES DIVISION**

| In re:<br><br>R44 Lending Group, LLC<br><br><br><br>Debtor(s) | CASE NO.: 2:18-bk-15559-NB<br>CHAPTER: 11<br><br>**NOTICE OF LODGMENT OF ORDER IN BANKRUPTCY CASE RE:** (*title of motion*[1])<br>STIPULATION TO CONTINUE PRE-TRIAL CONFERENCE AND RETLATED DATES FOR APPROXIMATELY 60 DAYS DUE TO DELAYS CAUSED BY THE COVID-19 PANDEMIC. |
|---|---|

PLEASE TAKE NOTE that the order titled **ORDER ON STIPULATION TO CONTINUE PRE-TRIAL CONFERENCE AND RETLATED DATES FOR APPROXIMATELY 60 DAYS DUE TO DELAYS CAUSED BY THE COVID-19 PANDEMIC:** was lodged on (*date*) 5/28/2020 and is attached.  This order relates to the motion which is docket number 163.

---

[1] Please abbreviate if title cannot fit into text field.

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2012*    Page 1    **F 9021-1.2.BK.NOTICE.LODGMENT**

**Bankruptcy LODGED ORDER UPLOAD FORM**

L.O.U
Lodged Order Upload

Thursday, May 28, 2020

CONFIRMATION :

Your Lodged Order Info:
( **10277668.doc** )
A new order has been added

- **Office**:  Los Angeles
- **Case Title**:  R44 LENDING GROUP, LLC a Delaware Limited Liabilit
- **Case Number**:  18-15559
- **Judge Initial**:  NB
- **Case Type**:  bk ( Bankruptcy )
- **Document Number**:  163
- **On Date**:  05/28/2020 @ 12:05 PM

Thank You!

---

United States Bankruptcy Court
Central District of California
Edward R. Roybal Federal Building and Courthouse
255 East Temple Street
Los Angeles, CA 90012

JEFFREY S. SHINBROT, ESQ. (SBN 155486)
jeffrey@shinbrotfirm.com
JEFFREY S. SHINBROT, APLC
15260 Ventura Blvd., Suite 1200
Telephone: (310) 659-5444
Fax: (310) 878-8304
Reorganization Counsel for The Debtor-In-Possession R44 LENDING GROUP, INC.

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA

# LOS ANGELES DIVISION

| In re | Case No. 2:18-bk-15559-NB |
|---|---|
| R44 LENDING GROUP, LLC, | Chapter 11 |
| Chapter 11 Debtor and Debtor-In-Possession. | **ORDER ON STIPULATION TO CONTINUE PRE-TRIAL CONFERENCE AND RELATED DATES FOR APPROXIMATELY 60 DAYS DUE TO DELAYS CAUSED BY THE COVID-19 PANDEMIC.** |

The Court having considered the STIPULATION TO CONTINUE PRE-TRIAL CONFERENCE FOR AND RELATED DATES FOR APPROXIMATELY DUE TO DELAYS CAUSED BY THE COVID-19 PANDEMIC (the "Stipulation" at ECF# 163), hereby Orders:

1. The pre-Trial Conference shall be continued to:

    Date: August 16, 2020 or _____.

    Time: 1:00 p.m.

    Place: Courtroom 1545

1  2.  The pre-Trial conference Order shall be due 14 days prior to the date set for
2  the pre-Trial Conference.
3  #####
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

2

ORDER

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:

15260 Ventura Blvd., Suite 1200
Sherman Oaks, CA

A true and correct copy of the foregoing document entitled: **NOTICE OF LODGMENT OF ORDER IN BANKRUPTCY CASE** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**X   1.   TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) 5/28/2020, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- **Robert P Goe**     kmurphy@goeforlaw.com, rgoe@goeforlaw.com;goeforecf@gmail.com
- **Dare Law**     dare.law@usdoj.gov, ron.maroko@usdoj.gov;Alvin.mar@usdoj.gov
- **Lane M Nussbaum**     lnussbaum@nussbaumapc.com, info@nussbaumapc.com
- **Jeffrey S Shinbrot**     jeffrey@shinbrotfirm.com, sandra@shinbrotfirm.com
- **United States Trustee (LA)**     ustpregion16.la.ecf@usdoj.gov

**2.  SERVED BY UNITED STATES MAIL**:  On (*date*)  5/28/2020, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

**3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) 5/28/2020, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 5/28/2020 | Sandra Rodriguez | /s/Sandra Rodriguez |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2012*            Page 2            **F 9021-1.2.BK.NOTICE.LODGMENT**