JEFFREY S. SHINBROT, ESQ. (SBN 155486)
jeffrey@shinbrotfirm.com
JEFFREY S. SHINBROT, APLC
15260 Ventura Blvd., Suite 1200
Telephone:  (310)  659-5444
Fax:  (310)  878-8304
Reorganization Counsel for The Debtor-In-
Possession R44 LENDING GROUP, INC.

**FILED & ENTERED**

**MAY 29 2020**

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY ghaltchi   DEPUTY CLERK

**CHANGES MADE BY COURT**

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA

# LOS ANGELES DIVISION

| | |
|---|---|
| In re | Case No. 2:18-bk-15559-NB |
| R44 LENDING GROUP, LLC, | Chapter 11 |
| Chapter 11 Debtor and Debtor-In-Possession. | **ORDER ON STIPULATION TO CONTINUE PRE-TRIAL CONFERENCE AND RELATED DATES FOR APPROXIMATELY 60 DAYS DUE TO DELAYS CAUSED BY THE COVID-19 PANDEMIC.** |

//

1    The Court having considered the STIPULATION TO CONTINUE PRE-TRIAL

2  CONFERENCE FOR AND RELATED DATES FOR APPROXIMATELY DUE TO

3  DELAYS CAUSED BY THE COVID-19 PANDEMIC (the "Stipulation" at ECF# 163),

4  hereby Orders:

5    1.    The Stipulation is approved.

6    2.    The pre-Trial Conference set for June 16, 2020 at 2:00 p.m. is hereby ~~shall~~

7    ~~be~~ continued to:

8    Date: August 18 ~~6~~, 2020 ~~or~~_____.

9    Time: ~~1~~ 2:00 p.m.

10    Place: Courtroom 1545

11    2.    The pre-Trial conference Order shall be due 14 days prior to the date set for

12  the pre-Trial Conference.

13                                      #####

14

15

16

17

18

19

20

21

22

23

Date: May 29, 2020

24                              Neil W. Bason
                              United States Bankruptcy Judge

25

26

27

28

2                                      ORDER