United States Bankruptcy Court
Central District of California

In re:                                                                              Case No. 18-15559-NB
R44 LENDING GROUP, LLC a Delaware Limite                                            Chapter 11
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0973-2          User: admin              Page 1 of 1              Date Rcvd: May 29, 2020
                              Form ID: pdf042          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 31, 2020.
db             +R44 LENDING GROUP, LLC a Delaware Limited Liabilit,    1439 Marcelina Ave,
                 Torrance, CA 90501-3210

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                 TOTAL: 0

         ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                 TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 31, 2020                                       Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 29, 2020 at the address(es) listed below:
              Dare Law    on behalf of U.S. Trustee    United States Trustee (LA) dare.law@usdoj.gov
              Jeffrey S Shinbrot    on behalf of Debtor    R44 LENDING GROUP, LLC a Delaware Limited Liability
               Company jeffrey@shinbrotfirm.com, sandra@shinbrotfirm.com
              Lane M Nussbaum    on behalf of Creditor Tina  Delgadillo lnussbaum@nussbaumapc.com,
               info@nussbaumapc.com
              Lane M Nussbaum    on behalf of Creditor Christina  Vegas lnussbaum@nussbaumapc.com,
               info@nussbaumapc.com
              Robert P Goe    on behalf of Creditor Debbie  Morris kmurphy@goeforlaw.com,
               rgoe@goeforlaw.com;goeforecf@gmail.com
              United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov
                                                                                            TOTAL: 6

JEFFREY S. SHINBROT, ESQ. (SBN 155486)
jeffrey@shinbrotfirm.com
JEFFREY S. SHINBROT, APLC
15260 Ventura Blvd., Suite 1200
Telephone: (310) 659-5444
Fax: (310) 878-8304
Reorganization Counsel for The Debtor-In-Possession R44 LENDING GROUP, INC.

**FILED & ENTERED**

**MAY 29 2020**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY ghaltchi   DEPUTY CLERK**

**CHANGES MADE BY COURT**

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**LOS ANGELES DIVISION**

| | |
|---|---|
| In re<br><br>R44 LENDING GROUP, LLC,<br><br>Chapter 11 Debtor and Debtor-In-Possession. | Case No. 2:18-bk-15559-NB<br><br>Chapter 11<br><br>**ORDER ON STIPULATION TO CONTINUE PRE-TRIAL CONFERENCE AND RELATED DATES FOR APPROXIMATELY 60 DAYS DUE TO DELAYS CAUSED BY THE COVID-19 PANDEMIC.** |

//

1                                                                                   ORDER

1    The Court having considered the STIPULATION TO CONTINUE PRE-TRIAL
2    CONFERENCE FOR AND RELATED DATES FOR APPROXIMATELY DUE TO
3    DELAYS CAUSED BY THE COVID-19 PANDEMIC (the "Stipulation" at ECF# 163),
4    hereby Orders:

5    1.    <u>The Stipulation is approved.</u>
6    2.    The pre-Trial Conference <u>set for June 16, 2020 at 2:00 p.m. is hereby</u> ~~shall~~
7    ~~be~~ continued to:
8    Date: August <u>18</u> ~~6~~, 2020 ~~or~~ _____.
9    Time: ~~1~~ <u>2</u>:00 p.m.
10   Place: Courtroom 1545
11   2.    The pre-Trial conference Order shall be due 14 days prior to the date set for
12   the pre-Trial Conference.

13                                    #####

Date: May 29, 2020

Neil W. Bason
United States Bankruptcy Judge

2                                                                ORDER