NUSSBAUM APC
Lane M. Nussbaum, SBN 264200
Wayne M. Abb, SBN 91625
Richard J. Uss SBN 273871
27489 Agoura Road, Ste. 102
Agoura Hills, California 91301
Tel. (818) 660-1919 | Fax. (818) 864-3241

Attorneys for Claimants Christina Vegas, Tina Delgadillo, Josefa Olmos, Jordon Roberts, Urbano Martinez, Jose Sanchez, Maria Chavez, Zoila Figueroa, Rosalina Dahlig, Dolores Andrews, Israel Chagollan, Juanita Alano

# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA
## LOS ANGELES DIVISION

| | |
|---|---|
| In re<br><br>R44 LENDING GROUP, LLC,<br><br><br><br>Chapter 11 Debtor and Debtor-In-Possession. | Case No. 2:18-bk-15559-NB<br><br>**CLAIMANT'S EXHIBITS**<br><br>Date:        March 5, 2021<br>Time:       10:00 a.m.<br>Location:  255 E. Temple St., Los Angeles, CA90012<br>Courtroom: 1545<br><br>Chapter 11 |

TO THE HONORABLE NEIL W. BASON, UNITED STATES BANKRUPTCY JUDGE:

Christina Vegas, Tina Delgadillo, Josefa Olmos, Jordon Roberts, Urbano Martinez, Jose Sanchez, Maria Chavez, Zoila Figueroa, Rosalina Dahlig, Dolores Andrews, Israel Chagollan, Juanita Alano ("the Park Granada Tenants" or "Claimants) will and hereby do submit the following documents to be used at the confirmation hearing on the above-

captioned, and as identified in Debtor's Requests for Judicial Notice [ECF# 199, 210], and the Declarations and Exhibits filed by the Debtor in support of plan confirmation [ECF #200, 201 and 202], and Park Granada Tenants' Request for Judicial Notice [ECF #206]:

| Exhibit No. | Description |
| --- | --- |
| 1 | Deed of Trust recorded December 7, 2015 between R44 Lending Group, LLC and Southwest Finance. |
| 2 | Deed of Trust recorded December 29, 2015 between R44 Lending Group, LLC and Annette Gamer. |
| 3 | Deed of Trust recorded May 23, 2016 between R44 Lending Group, LLC and Diane Oeffler Valine, Trustee of the Diane Oeffler Valine Family Trust. |
| 4 | Deed of Trust recorded November 9, 2016 between R44 Lending Group, LLC and Peter Starflinger. |
| 5 | Subordination Agreement recorded December 7, 2015 executed by Peter Starflinger as Manager of Future Growth; LLC and Leo Starflinger as Manager for R44 Lending Group, LLC. |
| 6 | Substitution of Trustee and Full Reconveyance recorded December 7, 2015, executed by Peter Starflinger as Manager for Southwest Finance. |
| 7 | November 19, 2019 Filing with the California Secretary of State for Future Growth, LLC. |
| 8 | Grant Deed recorded November 7, 2002 for Property APN: 7343-012-024. |
| 9 | June 20, 2019 Filing with the California Secretary of State for Sprkncdoych, LLC. |
| 10 | Grant Deed recorded March 19, 2009 for Property APN: 7343-012-024. |
| 11 | January 13, 2020 Filing with the California Secretary of State for LA Investment, LLC. |

| | | |
|---|---|---|
| 12 | | Grant Deed recorded May 26, 2009 for Property APN: 7343-012-024. |
| 13 | | January 2, 2018 Filing with the California Secretary of State for 218 Properties, LLC. |
| 14 | | Trustees Deed upon Sale recorded November 12 2014 for Property APN: 7343-012-024. |
| 15 | | June 26, 2015 Filing with the California Secretary of State for R44 Lending Group, LLC. |
| 16 | | Substitution of Trustee recorded December 16, 2013, executed by Peter Star as a representative of R44 Lending Group, LLC. |
| 17 | | Notice of Default and Election to Sell, recorded December 16, 2013. |
| 18 | | August 17, 2018 Filing with the California Secretary of State for Southwest Finance, LLC. |
| 19 | | Loan Agreement dated October 20, 2015 between Southwest Finance LLC and R44 Lending Group, LLC |
| 20 | | Meterman, Inc. Estimate, dated January 6, 2021. |
| 21 | | Declaration of Peter Starflinger, dated January 7, 2021 |
| 22 | | Declaration of Gregory Garbacz, dated January 4, 2021 |

Date: March 4, 2021                                    NUSSBAUM APC

                                        _____
                                        By:   Richard J. Uss
                                              Attorneys for Park Granada Tenants

-3-
**CLAIMANT'S EXHIBITS**

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
27489 Agoura Rd., Ste. 102, Agoura Hills, CA 91301

A true and correct copy of the foregoing document entitled (*specify*): _____
CLAIMANT'S EXHIBITS _____
_____
_____
will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) __0304/2021__, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

Byron Z Moldo - bmoldo@ecjlaw.com, Robert P Goe - kmurphy@goeforlaw.com, Jeffrey S Shinbrot - jeffrey@shinbrotfirm.com, United States Trustee (LA) - ustpregion16.la.ecf@usdoj.gov, Dare Law - dare.law@usdoj.gov

,
☐ Service information continued on attached page

2. **SERVED BY UNITED STATES MAIL**:
On (*date*) _____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

3. **SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 03/04/2021 | Shauna Wilcox | *[signature]* |
|---|---|---|
| Date | Printed Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*  F 9013-3.1.PROOF.SERVICE