# EXHIBIT 16

**This page is part of your document - DO NOT DISCARD**




**20131764622**

Pages: 0004

Recorded/Filed in Official Records
Recorder's Office, Los Angeles County,
California

**12/16/13 AT 08:00AM**

| | |
|---|---:|
| FEES: | 24.00 |
| TAXES: | 0.00 |
| OTHER: | 0.00 |
| PAID: | 24.00 |



LEADSHEET



201312160270014

**00008659143**



005939957

SEQ:
13

DAR - Title Company (Hard Copy)



**THIS FORM IS NOT TO BE DUPLICATED**    R20

Recording Requested By
ServiceLink

RECORDING REQUESTED BY

T.D. SERVICE COMPANY

and when recorded mail to
T.D. SERVICE COMPANY
4000 W. METROPOLITAN DRIVE
SUITE 400
ORANGE, CA 92868


12/15/2013
*20131764622*

_1551656_ Space above this line for recorder's use

## SUBSTITUTION OF TRUSTEE

APN 7343-012-024

T.S. No: D544061 CA    Unit Code: D    Loan No: 218 PROPER
Property Address: 218 W. CARSON STREET, CARSON, CA 90745

NOTICE IS HEREBY GIVEN: That the undersigned present beneficiary desires to substitute a new Trustee under the Deed of Trust hereinafter referred to in the place and stead of the present Trustee thereunder, in the manner provided for in said Deed of Trust and does hereby substitute T.D. SERVICE COMPANY, 4000 W. Metropolitan Drive, Suite 400, Orange, CA 92868
VILLAGE VIEW ESCROW, INC.  was the original Trustee in the Deed of Trust hereinafter described:
Trustor: 218 PROPERTIES, LLC
Original Lender: R44 LENDING GROUP, LLC
Recorded  September 11, 2009  as Instr. No. 20091392426 in Book XXX Page XXX of Official Records in the office of the Recorder of LOS ANGELES County; CALIFORNIA

Dated: 12-6-13
R44 LENDING GROUP, LLC

BY _____
PETER STAR

STATE OF California )
COUNTY OF Los Angeles )SS

On 12-6-13 before me, Nick Sartini, a Notary Public, personally appeared Peter Star, who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s) or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the Laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

Signature _____ (Seal)

RECORDER'S MEMO:
LEGIBLE COPY ATTACHED HERETO


NICK SARTINI
COMM. #1973369
NOTARY PUBLIC • CALIFORNIA
LOS ANGELES COUNTY
Commission Expires MARCH 28, 2016

13C

3

RECORDING REQUESTED BY

T.D. SERVICE COMPANY

and when recorded mail to
T.D. SERVICE COMPANY
4000 W. METROPOLITAN DRIVE
SUITE 400
ORANGE, CA  92868

"Clarity Copy"

_____ Space above this line for recorder's use _____

## SUBSTITUTION OF TRUSTEE

   

T.S. No: D544061 CA    Unit Code: D    Loan No: 218 PROPER
AP #: 7343-012-024
Property Address: 218 W. CARSON STREET, CARSON, CA  90745

NOTICE IS HEREBY GIVEN: That the undersigned present beneficiary desires to substitute a new Trustee under the Deed of Trust hereinafter referred to in the place and stead of the present Trustee thereunder, in the manner provided for in said Deed of Trust and does hereby substitute  T.D. SERVICE COMPANY, 4000 W. Metropolitan Drive, Suite 400, Orange, CA  92868
VILLAGE VIEW ESCROW, INC.   was the original Trustee in the Deed of Trust hereinafter described:
Trustor: 218 PROPERTIES, LLC
Original Lender: R44 LENDING GROUP, LLC
Recorded  September 11, 2009  as Instr. No. 20091392426  in Book  XXX  Page  XXX  of Official Records in the office of the Recorder of LOS ANGELES County; CALIFORNIA

Dated: _____
R44 LENDING GROUP, LLC

BY _____
       PETER STAR

STATE OF _____          )
COUNTY OF _____          )SS

On _____ before me, _____, a Notary Public, personally appeared
_____ , who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s) or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the Laws of the State of _____ that the foregoing paragraph is true and correct

WITNESS my hand and official seal.

Signature _____ (Seal)



## Government Code 27361.7

Under the provisions of Government Code 27361.7, I certify under the penalty of perjury that the following is a true copy of illegible wording found in the attached document:

Place of Execution: NORWALK

SPL, Inc. as agent

_____
Signature

Date: 12 / 16 / 13

Revised 9/6/06 R.1
DR 012 Penalty of Perjury R1