# EXHIBIT 17



**This page is part of your document - DO NOT DISCARD**



## 20131764623



Pages:
0005

**Recorded/Filed in Official Records**
**Recorder's Office, Los Angeles County,**
**California**

**12/16/13 AT 08:00AM**

| | |
|---|---|
| FEES: | 34.00 |
| TAXES: | 0.00 |
| OTHER: | 0.00 |
| PAID: | 34.00 |



**LEADSHEET**

201312160270014

00008659144



005939957

**SEQ:**
**14**

**DAR - Title Company (Hard Copy)**



**THIS FORM IS NOT TO BE DUPLICATED**

R20



Recording Requested By
ServiceLink

RECORDING REQUESTED BY

T.D. SERVICE COMPANY

and when recorded mail to
T.D. SERVICE COMPANY
4000 W. METROPOLITAN DRIVE
SUITE 400
ORANGE, CA  92868

12/16/2013

*20131764623*

*1551656*  SPACE ABOVE THIS LINE FOR RECORDERS USE _____ 4
T.S. No: D544061 CA      Unit Code: D    Loan No: 218 PROPER
AP #1: 7343-012-024
Property Address: 218 W. CARSON STREET, CARSON, CA 90745

NOTICE OF DEFAULT AND ELECTION TO SELL UNDER DEED OF TRUST

## "IMPORTANT NOTICE"



**IF YOUR PROPERTY IS IN FORECLOSURE BECAUSE YOU ARE
BEHIND IN YOUR PAYMENTS, IT MAY BE SOLD WITHOUT ANY
COURT ACTION,** and you may have the legal right to bring your account in good
standing by paying all of your past due payments plus permitted costs and expenses within the
time permitted by law for reinstatement of your account, which is normally five business days
prior to the date set for the sale of your property.  No sale date may be set until approximately
90 days from the date this notice of default may be recorded (which date of recordation
appears on this notice).  This amount is $301,821.34, As of December 20, 2013 and will
increase until your account becomes current.  While your property is in foreclosure, you still
must pay other obligations (such as insurance and taxes) required by your note and deed of
trust or mortgage.  If you fail to make future payments on the loan, pay taxes on the property,
provide insurance on the property, or pay other obligations as required in the note and deed of
trust or mortgage, the beneficiary or mortgagee may insist that you do so in order to reinstate
your account in good standing.  In addition, the beneficiary or mortgagee may require as a
condition to reinstatement that you provide reliable written evidence that you paid all senior
liens, property taxes, and hazard insurance premiums.

Upon your written request, the beneficiary or mortgagee will give you a written itemization of
the entire amount you must pay.  You may not have to pay the entire unpaid portion of your
account, even though full payment was demanded, but you must pay all amounts in default at
the time payment is made. However, you and your beneficiary or mortgagee may mutually
agree in writing prior to the time the notice of sale is posted (which may not be earlier than
three months after this notice of default is recorded) to, among other things, (1) provide
additional time in which to cure the default by transfer of the property or otherwise;  or (2)
establish a schedule of payments in order to cure your default; or both (1) and (2).

Page 2

## NOTICE OF DEFAULT AND ELECTION TO SELL UNDER DEED OF TRUST

T.S. No: D544061 CA    Unit Code: D    Loan No: 218 PROPER
AP #1: 7343-012-024

Following the expiration of the time period referred to in the first paragraph of this notice, unless the obligation being foreclosed upon or a separate written agreement between you and your creditor permits a longer period, you have only the legal right to stop the sale of your property by paying the entire amount demanded by your creditor.

To find out the amount you must pay, or to arrange for payment to stop the foreclosure, or if your property is in foreclosure for any other reason, contact:

Peter Star
R44 Lending Group, LLC
As Beneficiary,
621 W. Rosecrans Ave.
Gardena, CA  90248
(310) 538-2100

If you have any questions, you should contact a lawyer or the government agency which may have insured your loan.  Notwithstanding the fact that your property is in foreclosure, you may offer your property for sale, provided the sale is concluded prior to the conclusion of the foreclosure.  Remember, **YOU MAY LOSE LEGAL RIGHTS IF YOU DO NOT TAKE PROMPT ACTION**

NOTICE IS HEREBY GIVEN THAT  T.D. SERVICE COMPANY is either the original Trustee, the duly appointed substituted Trustee, or acting as agent for the Trustee or Beneficiary under the following described Deed of Trust:

**Trustor:** 218 PROPERTIES, LLC

Recorded September 11, 2009  as Instr. No.  20091392426  in Book --- Page --- of Official Records in the office of the Recorder of LOS ANGELES County, CALIFORNIA

Said Deed of Trust secures certain obligations including one Note for the sum of **$179,850.00 AND MODIFICATION AGREEMENT(S) DATED 03/12/10**

That the Beneficial interest under such Deed of Trust and the obligations secured thereby are presently held by the Beneficiary; That a breach of, and default in, the obligations for which such Deed of Trust is security has occurred in that payment has not been made of: **THE PRINCIPAL SUM OF $179,850.00, WITH INTEREST DUE THEREON FROM APRIL 1, 2010. FAILURE TO PAY JUDGMENT LIEN FILED AGAINST THE PROPERTY ON MAY 5, 2011 AS PER ITEM 8A OF THE PROMISSORY NOTE. A DEMAND FOR PAYMENT IN FULL WAS MADE ON SEPTEMBER 16, 2013.**

That by reason thereof, the present Beneficiary under such Deed of Trust has executed and delivered to said duly appointed Trustee, a written Declaration of Default and Demand for Sale, and has deposited with said duly appointed Trustee, such Deed of Trust and all documents evidencing obligations secured thereby, and has declared and does hereby declare all sums secured thereby immediately due and payable and has elected and does hereby elect to cause the trust property to be sold to satisfy the obligations secured thereby.

Page 3
T.S. No: D544061 CA      Unit Code: D      Loan No: 218 PROPER
**DATED: 12/13/13**

T.D. SERVICE COMPANY, AS TRUSTEE

BY _____ BY _____
   JOANNA L. DEVELASCO
   ASSISTANT SECRETARY

The Beneficiary may be attempting to collect a debt and any information obtained may be used for that purpose.

## Declaration of Mortgage Servicer Pursuant to Civil Code §2923.55(c)

**Borrower(s): 218 PROPERTIES, LLC**
**Mortgage Servicer: R44 Lending Group, LLC**
**Property Address: 218 W. CARSON STREET, CARSON, CA 90745**
**Loan No.: 218 PROPER**
**T.S. No.: D544061 CA**

The undersigned, as an authorized agent or employee of the mortgage servicer named below, declares that:

1. __X__ The mortgage servicer has contacted the borrower pursuant to California Civil Code § 2923.55(b)(2) to "assess the borrower's financial situation and explore options for the borrower to avoid foreclosure". Thirty (30) days, or more, have passed since the initial contact was made.

2. ____ The mortgage servicer has exercised due diligence to contact the borrower pursuant to California Civil Code § 2923.55(f) "to assess the borrower's financial situation and explore options for the borrower to avoid foreclosure". Despite the exercise of due diligence the mortgage servicer has been unable to contact the borrower. Thirty (30) days, or more, have passed since these due diligence efforts were satisfied.

3. __X__ No contact was required by the mortgage servicer because the individual(s) did not meet the definition of "borrower" pursuant to subdivision (c) of California Civil Code Section § 2920.5.

4. __X__ The requirements of California Civil Code § 2923.55 do not apply because the loan is not secured by a first lien mortgage or first deed of trust that secures a loan, or that encumbers real property, described in California Civil Code § 2924.15(a).

I certify that this declaration is accurate, complete and supported by competent and reliable evidence which the mortgage servicer has reviewed to substantiate the borrower's default and the right to foreclose, including the borrower's loan status and loan information.

**R44 Lending Group, LLC** , Mortgage Servicer

December 3, 2013

Dated: _11-25-13_          By: _____

By: ___PETER STAR_____
Name and title typed or printed

LTRDECM2