# EXHIBIT 20



**Meterman Inc.**
Utilities Pro
27290 Scott Rd.
Menifee, CA 92584

# Estimate

| Date | Estimate # |
|---|---|
| 1/6/2021 | 0198 |

| Bill To |
|---|
| PARK GRANADA<br>218 W. Carson St<br>Carson, CA 90745 |

| Park Address |
|---|
|  |

| Valid Until | Account # | Project |
|---|---|---|
| 2/5/2021 | 2900 |  |

| Item | Description | Qty | Rate | Total |
|---|---|---|---|---|
| Gas - Labor | Estimate is for the new installation of the parks Main Gas Distribution System to 27 spaces. Installation shall include HDD directional/Trench combination, Polyethylene pipeline, Anodeless risers, and connections to all spaces. Pressure test and HCD inspections.<br>Engineering, Permit and Planning Fee's not included on Estimate. | 1 | 189,000.00 | 189,000.00 |

This estimate includes all materials, equipment and labor required to complete the state mandates surveys and inspections per Title #25 and Title #49 under enforcement with the CPUC, USB found in general orders #112-D. Meterman Inc., is registered with California Department of Weights and Measures to install meter devices. This quote valid through date disclosed above.
Meterman Inc., and its sub-contractors will not be held liable for porblems that may be associated with other issues beyond the scope of our work.
Please note this is an estimate and not a binding contract.

Cost does not include permit fees/planning and will be additional - unless stipulated above.

| | |
|---|---|
| **Subtotal** | $189,000.00 |
| **Sales Tax (9.5%)** | $0.00 |
| **Total** | $189,000.00 |

Park/Management Approval By: _____

Signature: _____    Date: _____

| Phone # | Fax # | E-mail |
|---|---|---|
| 951-672-6909 | 951-672-6910 | partsandservice@metermaninc.com |