# EXHIBIT 22

JEFFREY S. SHINBROT, ESQ. (SBN 155486)
jeffrey@shinbrotfirm.com
JEFFREY S. SHINBROT, APLC
15260 Ventura Blvd., Suite 1200
Sherman Oaks, CA 91403
Telephone: (310) 659-5444
Fax (310) 878-8304
General Reorganization Counsel to Debtor

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| *In re* | Case No. 2:18-bk-15559-NB |
| R44 LENDING GROUP, LLC, | Chapter 11 |
| Chapter 11 Debtor and Debtor-In-Possession. | **DECLARATION OF GREG A. GARBACZ IN SUPPORT OF CONFIRMATION OF DEBTOR'S FIFTH AMENDED CHAPTER 11 PLAN** |
| Chapter 11 Debtor and Debtor-In-Possession. | **Confirmation Hearing**<br><br>**Date:** February 16, 2021<br>**Time:** 10:00 a.m.<br>**Place:** Courtroom 1545<br>255 East Temple Street<br>Los Angeles, CA |

**TO THE HONORABLE NEIL W. BASON, UNITED STATES BANKRUPTCY JUDGE, AND TO ALL PARTIES ON THE ANNEXED SERVICE LIST:**

**COMES NOW** R44 LENDING GROUP, LLC, the Debtor and Debtor-in-Possession in the above captioned chapter 11 case, and hereby submits the declaration of GREG A. GARBACZ, in support of confirmation of the Debtor's Fifth Amended Chapter 11 Plan.

///

///

DECLARATION OF GREG A. GARBACZ

Dated: January 7, 2021          **JEFFREY S. SHINBROT, APLC**
By: /s/Jeffrey S.Shinbrot
Jeffrey S. Shinbrot, Esquire
Proposed Reorganization Counsel For
Debtor-In-Possession

DECLARATION OF GREG A. GARBACZ

I, Greg A. Garbacz, declare and state as follows:

1. I am an attorney at law duly licensed to appear before all courts in the State of California and am a shareholder with the law firm of Klinedinst PC.

2. I have personal knowledge of the following facts and, if called upon as a witness, could competently testify thereto, except as to those matters which are explicitly set forth as based upon my information and belief and, as to such matters, I am informed and believe that they are true and correct.

3. My law firm is a pre-chapter 11 petition, general unsecured creditor of R44 LENDING GROUP, LLC. ("R44").

4. We have been counsel to the mobile home park known as Park Granada in multiple lawsuits, which involved the defense of tenant or fair housing claims. All of those claims against the Park were unsuccessful. However, the Park incurred substantial legal expenses defending itself from these various lawsuits filed by the litigious tenants.

5. I have obtained from the Bankruptcy Court's PACER system and reviewed a copy of the Fourth Amended Plan filed by R44. As an unsecured creditor of R44, we support the reorganization plan currently submitted by the debtor and believe it is in the best interest of both the debtor and the creditors, including my firm.

6. Unfortunately, the multiple lawsuits filed by the tenants that my office defended, all of which were unsuccessful, have serious drained the resources of the mobile home park owners, preventing them from continuing to operate the park and requiring that Park Granada be closed in conformity with the Mobile home Residency Law.

7. *Laura Lee v. Sprkndoyth LLC, et. al.* (Case No. 18573): Tenant Laura Lee sued the Park for alleged interference with the sale of her mobile home. My office represented the Park relative to its defense of this claim in 2006-2007. The claim was settled without any judicial findings.

8. *Rosa Banuelos v. 218 Properties, LLC, L.A. Investment, LLC, et. al.* (Case No. 024502): Rosa Banuelos owned and resided in a mobile home located in Space 21 at Park Granada Trailer Lodge ("Park Granada"), 218 W. Carson Street. R22, Inc. dba Star Management was the park manager working on behalf of the owner, 218 Properties LLC. Rosa sued the Park's manager and owner concerning her unsuccessful 2010 sale of her coach to a third party, alleging the defendants interfered with her sale. Mrs. Banuelos was represented by the law firm of Spix and Martin. That claim failed.

9. *Kevin Banuelos v. 218 Properties, LLC, L.A. Investment, LLC, et. al.* (Case No. T021851): Kevin Banuelos, the son of Rosa Banuelos, owned and resided in a mobile home located in Space 23 at Park Granada. Mr. Banuelos sued Gerald Butler and various other entities that owned, managed or individuals involved in eh companies that owned and managed the Park. Mr. Kevin Banuelos was represented by the law firm of Spix and Martin. That claim failed, as the claims were dismissed by summary judgment.

10. *Kevin Banuelos v. 218 Properties, LLC, L.A. Investment, LLC, et. al.* (Case No. 023725): Kevin Banuelos sued R22, Inc. dba Star Management, the park manager, the owner 218 Properties LLC and various other parties, alleging that the defendants had interfered with his use and enjoyment of Space 23. Mr. Kevin Banuelos was represented by the law firm of Spix and Martin. That claim failed and the court awarded defendants a judgment of approximately $550,000, but that judgment was uncollectible

11. *Kevin Banuelos v. Peter Starflinger* (Case No. Y065388): Kevin Banuelos again sued parties who worked for the owners and/or managers of the park for the same spurious claims previously filed by Mr. Banuelos. This claim was an alter ego claim. Judgment was entered against Plaintiff in October 2013.

12. *Kevin Banuelos v. 218 Properties, et. al.* TC028000: This was another case filed by Mr. Banuelos in Long Beach in 2014. This claim also was dismissed.

13. *R44 v. Kevin Banuelos, et. al.* (TC028475): I was attorney of record for PlaintiffR44 LENDING GROUP, LLC, in Los Angeles Superior Court Action TC028475. That litigation involved R44's ejectment and trespass claims against Kevin Banuelos for

2

1 unpaid rent and an unpaid judgment in excess of $600,000. Summary judgment was
2 granted in favor of R44.
3     14. In addition to the various lawsuits involving Rosa and Kevin Banuelos, my
4 law firm has also advised R44 regarding multiple disputes with tenants of the Park, which
5 disputes were resolved short of litigation. However, each of these disputes led to
6 additional legal expenses incurred by the owner(s) and/or manager, which further drained
7 the resources of the owners and/or managers of the Park to manage and operate the Park
8 in any sustainable fashion.
9     15. In light of this long history of litigation, it is well established that the Park is
10 no longer economically viable as a mobile home park and needs to be transitioned to some
11 other economically sustainable use. For these reasons, my law firm supports the current
12 plan of the debtor to transition the property to an alternate use. For these reasons, my law
13 firm supports the current plan of the debtor to transition the property to an alternate use.
14 I declare under penalty of perjury of the laws of the United States of America that
15 the foregoing is true and correct and that this Declaration was executed in Irvine,
16 California on January 4, 2021.

_____
GREG A. GARBACZ

3

PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

15260 Ventura Blvd., Suite 1200
Sherman Oaks, CA 91403

**A true and correct copy of the foregoing document entitled (*specify*):DECLARATION OF GREG A. GARBACZ IN SUPPORT OF CONFIRMATION OF DEBTOR'S FIFTH AMENDED CHAPTER 11 PLAN will be served or was served (a) on the judge in chambers in the form and manner required by LBR 5005-2(d); and (b) in the manner stated below:**

**X 1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) 1/7/2021, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- **Robert P Goe** kmurphy@goeforlaw.com, rgoe@goeforlaw.com;goeforecf@gmail.com
- **Dare Law** dare.law@usdoj.gov
- **Byron Z Moldo** bmoldo@ecjlaw.com, amatsuoka@ecjlaw.com
- **Lane M Nussbaum** lnussbaum@nussbaumapc.com, info@nussbaumapc.com
- **Jeffrey S Shinbrot** jeffrey@shinbrotfirm.com, sandra@shinbrotfirm.com
- **United States Trustee (LA)** ustpregion16.la.ecf@usdoj.gov

**X 2. SERVED BY UNITED STATES MAIL**: On (*date*) 1/7/2021, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) 1/7/2021, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 1/7/2021 | Sandra Rodriguez | /s/Sandra Rodriguez |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                                                    F 9013-3.1.PROOF.SERVICE

**Debtor-In-Possession**
Leo Starflinger, Managing Member
R44 Lending Group LLC
1439 Marelina Avenue
Torrance, CA 90745

**SECURED CREDITORS**
Annette Garner
621 W. Rosecrans Avenue
Gardena, CA  90248

Diane Offler Valine Family Trust
29902 Avenida Refinida
Rancho Palos Verdes, CA  90275

Peter Starflinger
621 W. Rosecrans
Gardena, CA  90248

Southwest Finance, LLC
PO Box 954
Torrance, CA  90508

**TOP 20 CREDITORS**
Alfred Wolford
218 W. Carson Street
Space # 14
Carson, CA 90745

Christina Vegas
218 W. Carson Street
Space # 2
Carson, CA 90745

Dorlores Andrew,
Doe 1 Occupant
218 W. Carson Street, Space # 14
Carson, CA 90745

Dolores Andrews
218 W. Carson Street
Space # 21
Carson, CA 90745

Dowdell Law Offices, APC
284 North Glassell Street
Orange, CA 92866-1409

Efren & Maria Casteneda
218 W. Carson Street
Space 6
Carson, CA 90745

Jean Romersheuser
218 W. Carson Street
Space # 24
Carson, CA 90745

Jose Sanchez
218 W. Carson Street
Space # 9
Carson, CA 90745

Josefa Olmos
218 W. Carson Street
Space # 1
Carson, CA 90745

Juan Chagolian
218 W. Carson Street
Space # 16
Carson, CA 90745

Juanita Alano
218 W. Carson Street
Space # 22
Carson, CA 90745

Klinedinst PC
501 West Broadway, Suite 600
San Diego, CA 92101

Marivic Copeland
218 W. Carson Street
Space # 15
Carson, CA 90745

Rosa Amalia Montoya
218 W. Carson Street Space # 16
Carson, CA 90745

Case 2:18-bk-15559-NB Doc 202-12 Filed 07/14/21 Entered 07/14/21 15:41:46 Desc
Main Document    Page 9 of 9